**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10145 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-00020-NVW |
| v. | |
| JESUS PINEDA-PICASSO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Neil V. Wake, District Judge, Presiding

Submitted January 10, 2011[**]

Before:     BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

Jesus Pineda-Picasso appeals from his guilty-plea conviction and 33-month

sentence for reentry of removed alien, in violation of 8 U.S.C. § 1326.  Pursuant to

*Anders v. California*, 386 U.S. 738 (1967), Pineda-Picasso's counsel has filed a

brief stating there are no grounds for relief, along with a motion to withdraw as

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. Pineda-Picasso has submitted a supplemental brief, but no answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss the appeal of the conviction in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000).

Counsel's motion to withdraw is **GRANTED**.

The appeal of the conviction is **DISMISSED**, and the sentence is **AFFIRMED**.